IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>JEFFREY OMAR DELGADO LOPEZ<br><br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25- 283(PAD)<br><br>Violations:<br><br>**COUNT ONE**<br>Title 18 U.S.C. § 922(g)(1)<br><br>**COUNT TWO**<br>Title 18 U.S.C. § 922(o) |

THE GRAND JURY CHARGES:

## COUNT ONE

### Title 18 U.S.C. §922(g)(1)
### Felon in Possession of Firearms and Ammunition

On or about June 01, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JEFFREY OMAR DELGADO LOPEZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is one (1) Glock pistol model 19 serial number BSNZ 115 in the frame and BVUL 368 on the slide loaded with 31 rounds, and an additional 42 rounds of 9mm ammunition ; said firearm and

ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1)

## COUNT TWO

### Title 18 U.S.C. §922(o)
### Possession of a Machinegun

On or about June 01, 2025, in the District of Puerto Rico and within the jurisdiction of this Court,

**JEFFREY OMAR DELGADO LOPEZ**

the defendant herein, did knowingly possess a machinegun, to wit: one (1) Glock pistol model 19 serial number BSNZ 115 in the frame and BVUL 368 on the slide modified to fire automatically more than one shot without manual reloading by a single function of the trigger. All in violation of Title 18, U.S.C. §§ 922(o) and 924(a)(2)

### FIREARMS AND AMMUNTION FORFEITURE ALLEGATION

The allegations contained in Count One through 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, U.S.C. § 924(d) and Title 28, U.S.C. § 2461(c). Upon conviction of an offense in violation of Title 18, U.S.C. §§ 924(c) or 922(o), the defendant, **JEFFREY OMAR DELGADO LOPEZ** shall forfeit to the United States pursuant to Title 18, U.S.C. § Section 924(d) and Title 28, U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one (1) Glock pistol model 19

serial number BSNZ 115 in the frame and BVUL 368 on the slide and related magazines and ammunition.



FOREPERSON
Date: Jun. -25- 2025

W. STEPHEN MULDROW
United States Attorney

Alberto R. López Rocafort
Assistant United States Attorney
Chief, Gang Section

Carlos J. Romo Aledo
Special Assistant United States Attorney
Gang Section